■ In the Matter of MARQUITA HARPER, Respondent, v MILTON BURKE, Appellant. [913 NYS2d 588]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see Matter of Jordan S.*, 179 AD2d 1091 [1992]). (Appeal from Order of Family Court, Onondaga County, Michelle Pirro Bailey,

J.—Wilful Violation). Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.